# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| STEVEN BURDA, | : No. 41 MM 2015 |
| Petitioner | : |
| v. | : |
| ALLA KORENMAN (F/K/A ALLA BURDA), | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of April, 2015, the "Emergency Application for Extraordinary Relief" and the Application for Relief are **DENIED**.